IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00434-REB

UNITED STATES OF AMERICA,
          Plaintiff,
v.

CHRISTOPHER ROBERT SCHOEN,

          Defendant.

## ORDER FOR TRAVEL

The court having reviewed the unopposed motion for permission to travel filed by the Defendant Christopher Robert Schoen, and neither the United States Government nor the United States Probation Office having any objection thereto hereby enters the following Order:

The Defendant is hereby authorized to travel from Denver, Colorado to the area of Chicago, Illinois for the Thanksgiving holidays. The Defendant is authorized to travel between the dates of November 19, 2012 and returning on or before November 27, 2012.

During his stay in the Chicago, Illinois area he shall reside at his mother's residence Margaret A. Schoen 584 Lakeview Terrace, Glen Ellyn, IL 60137. He shall remain available by telephone at that address number (630) 858-2388.

The Defendant is further ordered to comply with all terms and conditions of his prior executed bond and any additional requirements imposed by the pretrial services officer

consistent with his travel to Chicago, Illinois including if required the submission of a prohibited substance test at a facility to which he is directed in the Chicago, Illinois area.

DONE AND ENTERED THIS __14th__ DAY OF __November__, 2012

_____
United States District Court Judge