IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00434-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    CHRISTOPHER ROBERT SCHOEN,

        Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

**Blackburn, J.**

The matter is before me on the **United States' Motion for Preliminary Order of Forfeiture** [#42][1] filed April 23, 2013, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read the Motion and being fully advised in the premises finds:

On March 15, 2013, the United States and defendant Christopher Robert Schoen entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 35).

THAT the requisite nexus exists between the

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

    a.    Real Property, including all appurtenances thereto, located at 10742 Timothys Road, Conifer, Colorado, and

    b.    All miscellaneous grow equipment seized on or about August 30, 2012, from 10742 Timothys Road, Conifer, Colorado,

and the manufacturing, distributing, dispensing, and possessing with intent to distribute Schedule I Controlled Substance to which defendant Christopher Robert Schoen pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Motion for Preliminary Order of Forfeiture** [#42] filed April 23, 2013, is **GRANTED**;

2. That defendant's interest in the following:

    a.    Real Property, including all appurtenances thereto, located at 10742 Timothys Road, Conifer, Colorado, and

    b.    All miscellaneous grow equipment seized on or about August 30, 2012, from 10742 Timothys Road, Conifer, Colorado,

is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

3.  That the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

4.  That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

5.  That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

6.  That the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings, Fed. R. Crim. P. 32.2(e)(1); and

7.  That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated April 23, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge