# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:             June 19, 2013

Courtroom Deputy: Kathleen Finney
Court Reporter:   Tracy Weir
Probation Officer: Patrick Lynch

**Criminal Action No. 12-cr-00434-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | M.J. Menendez |
| Plaintiff, | |
| v. | |
| CHRISTOPHER ROBERT SCHOEN, | Daniel Smith |
| Defendant. | |

## SENTENCING MINUTES

**10:05 a.m.** Court in session.

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Pending before the court are: **Defendant's Objections to Presentence Investigation Report** [#48] filed May 30, 2013; Defendant's **Motion for Below-Guideline Statutory or Variant Sentence and Sentencing Memorandum in Support Thereof** [#49] filed May 30, 2013; Government's **Motion to Dismiss Count Two of the Indictment** [#50] filed June 3, 2013; **Government's Motion for Downward Departure for Substantial Assistance Under United States Sentencing Guideline § 5K1.1 and 18 United States Code § 3553(e)** [#51] filed June 3, 2013; and **Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G § 3E1.1(b)** [#52] filed June 3, 2013.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:
    - Defendant's **Motion for Below-Guideline Statutory or Variant Sentence and Sentencing Memorandum in Support Thereof** [#49] is **DENIED**;
    - Government's **Motion to Dismiss Count Two of the Indictment** [#50] is **GRANTED**; that Count Two of the Indictment is **DISMISSED WITH PREJUDICE**;
    - **Government's Motion for Downward Departure for Substantial Assistance Under United States Sentencing Guideline § 5K1.1 and 18 United States Code § 3553(e)** [#51] is **GRANTED**; and
    - **Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G § 3E1.1(b)** [#52] is **GRANTED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4. That it is the judgment and sentence of this Court that the defendant is committed to the custody of the Bureau of Prisons for a term of **time served**;

5. That immediately, the defendant shall be placed on supervised release for a term of **four (4) years**; provided furthermore, that within 72 hours, the defendant shall contact the U.S. probation department to schedule an appointment;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

        - that the defendant shall submit to one drug test within fifteen (15) days from the entry of formal judgment and as directed by the probation department, and at least two periodic tests for the use of controlled substances as directed and determined by the court; and

        - that at defendant's expense, the defendant shall, unless then indigent, alcohol substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education;

> provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, or education of the defendant;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10. That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Indictment and under the authority of Fed. R. Crim. P. 32.2(b)(3) and the statutory provisions of 21 U.S.C. § 853(c).

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**10:27 a.m.    Court in recess.**

Total time in court: 00:22

Hearing concluded.