IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00434-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER ROBERT SCHOEN,

    Defendant.

## ORDER

    Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on June 19, 2013,

    **IT IS ORDERED** that Defendant Christopher Robert Schoen is sentenced to **time served**.

    Dated: June 19, 2013

                            BY THE COURT:

                            s/ Robert E. Blackburn
                            ROBERT E. BLACKBURN,
                            UNITED STATES DISTRICT JUDGE